**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

JESSIE MASON                                                                                                    PLAINTIFF

v.                                                          5:17CV00058-JM

GREG BOLIN, Chief/Head Administrator,
Dub Brassell Detention Center; *et al.*                                                            DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted

by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful

consideration, the Court concludes that the Proposed Findings and Recommended Disposition

should be, and hereby are, approved and adopted in their entirety as this Court's findings in all

respects.

IT IS, THEREFORE, ORDERED that:

1.        Plaintiff's Complaint (Doc. No. 1) is DISMISSED without prejudice.

2.        The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this Order and the accompanying Judgment would not be taken in good faith.

DATED this 24th day of April, 2017.

_____
JAMES M.  MOODY, JR.
UNITED STATES DISTRICT JUDGE